FILED

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Mark R. Wolfe, CA Bar No. 176753
2  John H. Farrow, CA Bar No. 209221
   M. R. WOLFE & ASSOCIATES, P.C.
3  140 Second Street, Sixth Floor
   San Francisco, CA 94105
4  Tel: (415) 369-9400; Fax: (415) 369-9405

5  Mark A. White, CA Bar No. 88332
6  John G. Heller, CA Bar No. 129901
   CHAPMAN, POPIK & WHITE, LLP
7  650 California Street, 19th Floor
   San Francisco, CA 94108
8  Tel: (415) 352-3000; Fax: (415) 352-3030

9  Attorneys for Plaintiff Jeffrey Petri

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY R. PETRI, | No. C 05-00656 MHP |
|---|---|
| Plaintiff, | STIPULATION AND [Proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| JOHN HAIRE, CHARLES JACKSON, PETER TAOY, TOM RIDGE in his capacity as Secretary of Homeland Security; MICHAEL J. GARCIA in his capacity as Assistant Secretary of Homeland Security, U.S. Immigration and Customs Enforcement; WENDELL C. SHINGLER in his capacity as Director of the Federal Protective Service, | |
| Defendants. | |

1    WHEREAS, Plaintiff Jeffrey Petri ("Petri") filed the complaint in this action on February 11, 2005, and

3    WHEREAS, in tandem with the filing of the complaint, Petri also filed an administrative claim under the Federal Tort Claims Act ("FTCA") in February, 2005, and

5    WHEREAS, having received no formal response to his administrative claim, and with the passing of the statutory six-month deadline, Petri is deeming that claim denied, and

7    WHEREAS, Petri accordingly seeks to amend his complaint to: (1) add an FTCA claim to his complaint, joining the United States as an additional defendant for this purpose; (2) substitute Michael Chertoff for Tom Ridge as current Secretary of Homeland Security; (3) add Joseph Loerzel as an additional defendant sued in his official capacity as Regional Director of FPS Region 9; and (4) clarify and restate certain allegations in the original complaint, and

12   WHEREAS, defendants Tom Ridge, Michael Garcia and Wendell Shingler ("Agency Defendants") filed an answer to the complaint on June 7, 2005, and

14   WHEREAS, Agency Defendants are the only defendants who have to date appeared and pleaded in response to the complaint filed herein, and

16   WHEREAS, Agency Defendants do not object to Petri's filing of an Amended Complaint provided they retain all defenses and objections to the allegations in the FIRST AMENDED COMPLAINT.

19   NOW THEREFORE, Petri and Agency Defendants hereby stipulate to the following:

20   1.   Petri shall be granted leave to file the documented titled FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF that is attached hereto as Exhibit A, without prejudice to Agency Defendants' right and ability to assert all defenses and objections to the allegations in the FIRST AMENDED COMPLAINT.

/////
////
///
//
/

Dated: September 19, 2005

M.R. WOLFE & ASSOCIATES

By: _____
       Mark R. Wolfe

CHAPMAN, POPIK & WHITE, LLP
John G. Heller

Attorneys for Plaintiff Jeffrey Petri

Dated: September 19, 2005

McGREGOR W. SCOTT
UNITED STATES ATTORNEY


By:    /s/ Kendall J. Newman
       KENDALL J. NEWMAN
       JOHN F. GISLA
       Assistant U.S. Attorneys

Attorneys for Agency Defendants

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

The Parties having stipulated, IT IS HEREBY ORDERED:

1. Plaintiff shall be granted leave to file the FIRST AMENDED COMPLAINT attached herewith as Exhibit A, without prejudice to Agency Defendants's rights to assert all defenses and objections to the allegations in the FIRST AMENDED COMPLAINT.

Dated: 9/20, 2005.

_____
The Honorable Marilyn Hall Patel
United States District Judge