1  McGREGOR W. SCOTT
   United States Attorney
2  KENDALL J. NEWMAN, SB #116049
   JOHN F. GISLA, SB #42829
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2821
5  Fax: (916) 554-2900

6  Attorneys for Defendant United States
   and Federal Agency Defendants

FILED

DEC 1 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. PETRI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HAIRE; CHARLES JACKSON; PETER TAOY; MICHAEL CHERTOFF, Secretary of Homeland Security; THE UNITED STATES OF AMERICA; MICHAEL J. GARCIA, Assistant Secretary of Homeland Security; WENDELL C. SHINGLER, Director of the Federal Protective Service; JOSEPH A. LOERZEL, Regional Director of Federal Protective Service, Region 9,<br><br>　　　　Defendants. | No. C 05-00656 MHP<br><br>**STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER OF DISMISSAL** |

　　Pursuant to the terms of a written Settlement Agreement, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

//
//
//

IT IS SO STIPULATED.

DATED: 11-2-05

JEFFREY R. PETRI
Plaintiff

DATED: 11/2/05

MARK R. WOLFE, Esq.
JOHN H. FARROW, Esq.
M.R. WOLFE & ASSOCIATES

MARK A. WHITE, Esq.
JOHN G. HELLER, Esq.
CHAPMAN, POPIK & WHITE, LLP

Attorneys for Plaintiff

DATED: 11/2/05

McGREGOR W. SCOTT
United States Attorney

By: KENDALL J. NEWMAN
JOHN F. GISLA
Assistant U.S. Attorneys
Attorneys for Federal Agency Defendants
and the United States of America

## ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED: Dec. 14, 2005

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

2